Jose Cienfuegos, #010280
100 FIRES LAW
4500 Kruse Way, Suite 390
Lake Oswego, OR 97035
Telephone: (503)548-1593
Facsimile: (503)635-1108
Email: Jose@100fireslaw.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| BILLY GOSTEVSKYH, ) | No. 6:15-CV-02336-TC |
| Plaintiff, ) | |
| ) | **NOTICE OF DEPOSITION OF** |
| v. ) | **JASON MYERS** |
| ) | |
| JASON MYERS and MARION COUNTY ) | |
| ) | |
| Defendants. ) | |

TO: Jason Myers by and through his attorney, Kenneth S. Montoya:

YOU WILL PLEASE TAKE NOTICE that on December 18, 2017, Jose Cienfuegos, attorney for Plaintiff, will take the deposition of Jason Myers, at 4500 Kruse Way, Suite 390, Lake Oswego, Oregon 97035. The deposition of Jason Myers will begin at 9:30 a.m. Said deposition will be reported by court reporter and/or audio and video recorded. You are invited to attend and cross-examine. This notice shall be continued as to time and place upon stipulation of the parties.

DATED this 30th day of November, 2017.

*/s/ Jose Cienfuegos*

Jose Cienfuegos, #010280
Attorney for Plaintiff

Page 1 — NOTICE OF DEPOSITION
G:\Clients -- JC\Gostevskyh, Billy 6\Depositions\Notice of Depo - Myer.wpd

100 FIRES LAW
4500 Kruse Way, Suite 390, Lake Oswego, Oregon 97035
Phone: (503) 548-1593; Fax: (503)635-1108; *Email: jose@100fireslaw.com*